UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: VICKIE BERRY FOSTER  
       160 STONE PARK BLVD APT 1101  
       PIKE ROAD, AL 36064

CASE NO: 2331236

## INCOME WITHHOLDING ORDER

TO: AAA COOPER TRANSPORTATION  
     ATTN PAYROLL  
     1751 KINSEY RD  
     DOTHAN, AL 36301

The debtor subjected all of his/her income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

ORDERED that AAA COOPER TRANSPORTATION withhold from the wages, earnings, or other income (including vacation pay) of this debtor the sum of **$1,910.00 MONTHLY. INCLUDE THE DEBTOR'S NAME AND CASE NUMBER WITH EACH REMITTANCE** and remit all such funds withheld to:

      CHAPTER 13 TRUSTEE  
      P O BOX 613108  
      MEMPHIS TN 38101-3108

*OR* make payments electronically at https://www.tfsbillpay.com/employer

The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month. The employer is also directed to notify the Trustee at 13trustee@ch13mdal.org if the employment status of the employee changes or the employee is terminated.

This Order supercedes any previous Order for payment in this case and continues in force and effect until further Order of this court.

Done Monday, June 26, 2023.

                                        **/s/ Christopher L. Hawkins**  
                                        Christopher L. Hawkins  
                                        United States Bankruptcy Judge

cc: Debtor  
     Debtor's Attorney